UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Anthony Richardson, Jr. | § | CIVIL ACTION NO: 2:14-cv-01712 |
| | § | |
| *Plaintiff*, | § | |
| | § | SECTION "E"(1) |
| v. | § | |
| | § | |
| SEACOR Liftboats, LLC | § | |
| | § | |
| *Defendant*. | § | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

| No. | Description | Offer | Obj | Date | |
|---|---|---|---|---|---|
| | | | | Admit | N/Admit |
| 1. | Near Miss Report (D000001) | | | | |
| 2. | Greene's First Report of Incident (D000002) | | | | |
| 3. | Certificate of Inspection & Amendments (D000004-D000008) | | | | |
| 4. | Seacor Safety Meeting Log (D000010-D000012) | | | | |
| 5. | Greene's Energy Employee File of Anthony Richardson (D000014-D000125) | | | | |
| 6. | Seacor Liftboats LLC Standard Operating Procedures (D000127-D000128) | | | | |
| 7. | Written Statement of Anthony Richardson (D000130-D000131) | | | | |
| 8. | Written Statement of Carlos Herbert (D000132) | | | | |
| 9. | Seacor Marine's Employee File of Michael Faulkenberry (D000134-D000278) | | | | |
| 10. | Master Time Charter Agreement (D000280-D000293) | | | | |
| 11. | Seacor Lift Boat Daily Master's Invoice Log (D000295-D000343) | | | | |
| 12. | Seacor Behavioral Job Safety & | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Environmental Analysis (D000345-D000448) | | | | |
| 13. | Seacor Behavioral Job Safety & Environmental Analysis dated 04/21/2013 (D000450-D000453) | | | | |
| 14. | Barczyk Chiropractic Group – Medical Records | | | | |
| 15. | Barczyk Chiropractic Group – Billing Records | | | | |
| 16. | Envision Imaging of Acadiana – Medical Records | | | | |
| 17. | Envision Imaging of Acadiana – Billing Records | | | | |
| 18. | Envision Imaging of Acadiana - Radiology | | | | |
| 19. | Lafayette Bone & Joint Clinic – Medical | | | | |
| 20. | Lafayette Bone & Joint Clinic – Billing | | | | |
| 21. | Lafayette Bone & Joint Clinic – Radiology | | | | |
| 22. | Lafayette Surgical Specialty Hospital – Medical Records | | | | |
| 23. | Lafayette Surgical Specialty Hospital – Billing Records | | | | |
| 24. | Precision Rehab – Medical Records | | | | |
| 25. | Precision Rehab – Billing Records | | | | |
| 26. | Rosewood Rehab – Medical Records | | | | |
| 27. | Rosewood Rehab – Billing Records | | | | |
| 28. | Southern Spine Institute – Medical Records | | | | |
| 29. | Southern Spine Institute – Billing Records | | | | |
| 30. | Southern Spine Institute - Radiology | | | | |
| 31. | Internal Revenue Service Tax Records | | | | |
| 32. | Social Security Administration - Division of Earnings | | | | |
| 33. | | | | | |
| 34. | | | | | |

Plaintiffs reserve the right to use as an exhibit any document listed in Defendants' exhibit list or produced by Defendants' in discovery.

Respectfully Submitted,

ARNOLD & ITKIN LLP

*/s/ Cory Itkin*

_____

Jason Itkin
State Bar No. 24032461
Cory D. Itkin
State Bar No. 24050808
Noah M. Wexler
State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007
Tel: 713.222.3800
Fax: 713.222.3850
***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I certify that on March 17, 2015 a copy of the foregoing was served upon all counsel of record in compliance with Texas Rules of Civil Procedure.

/s/ Cory Itkin

_____

Cory Itkin