| EXH NUMBER | 14-1712 RICHARDSON V. SEACOR LIFTBOATS | Courtroom Deputy: Cesyle Nelson Court Reporter: Toni Tusa | ADM |
|---|---|---|---|
| | **Witness Jed Johnson – 6/15/15** | | x |
| 4 | Photo of SEACOR Intervention | | x |
| 31 | Photo of a similar personnel basket | | x |
| 11 | Excerpts of SEACOR Liftboats manual | | x |
| 1 | SEACOR near miss report | | x |
| 16 | Safety and training records | | x |
| 7 | SEACOR Liftboats meeting log forms | | x |
| 14 | SEACOR Liftboats behavioral job safety & environmental analysis forms | | x |
| | | | |
| | **Carlos Herbert – 6/15/15** | | |
| 43 | 2nd paragraph only of written statement of Herbert | | x |
| 45 | Written statement of Herbert | | x |
| 45a | Audio recording of written statement of Herbert | | x |
| | | | |
| | **Jack Madeley – 6/15/15** | | |
| 1 | SEACOR near miss report | | x |
| 25 | Written statement of plaintiff | | x |
| 31 | Photograph of similar personnel basket | | x |
| | | | |
| | **Anthony Richardson – 6/16/15** | | |
| 15B | AHS Walk-in Clinic medical records | | x |
| 2 | Incident management reporting form | | x |
| 15G | Precision Rehabilitation medical records | | x |
| 15N | Orthopaedic Reconstructive Subspecialists medical records | | x |
| 15E | Barcyzk Chiropractic Group medical records | | x |
| 15A | Teche Regional Medical Center medical records | | x |
| 38 | Surveillance video of plaintiff | | x |
| | | | |
| | **Dr. Paul Eugene Finn – 6/16/15** | | |
| 15C | Envision Imaging medical records | | x |
| 15O | Orthopaedic Reconstructive Subspecialists billing records | | x |
| 50 | Written report of plaintiff's EMG report | | x |
| | | | |

| | | |
|---|---|---|
| | **Dr. Angel Roman – 6/16/15** | |
| 15P | Lafayette Bone and Joint Clinic medical records | x |
| 15F | Barczyk Chiropractic Group billing records | x |
| 15D | Envision Imaging of Acadiana billing records | x |
| 15H | Precision Rehab billing records | x |
| 15Q | Lafayette Bone & Joint Clinic billing records | x |
| 15R | Lafayette Surgical Specialty Hospital medical records | x |
| 15S | Lafayette Surgical Specialty Hospital billing records | x |
| 15I | Cerner Imaging medical records | x |
| 15J | Our Lady of Lourdes medical records | x |
| 15L | Rosewood Rehab billing records | x |
| 27 | CV of Dr. Angel Roman | x |
| 40 | Iberia Orthopedic Group medical records | x |
| | | |
| | **Dr. Kenneth McCoin – 6/16/15** | |
| 26 | CV of Dr. Kenneth McCoin | x |
| 23 | Plaintiff's IRS records | x |
| | | |
| | **Dr. Gordon Nutic – 6/17/15** | |
| 41 | Acadiana Orthopedic Group medical records | x |
| 22 | C.V. of Dr. Nutic | x |
| | | |
| | **Dr. Kenneth J. Boudreaux – 6/17/15** | |
| 21 | CV of Dr. Boudreaux | x |
| 24 | Social Security records of plaintiff | x |
| 51 | Expert report of Dr. McCoin | x |
| 52 | Expert report of Dr. Boudreaux | x |
| | | |
| | **Dr. Larry Stokes – 6/17/15** | |
| 19 | CV of Dr. Stokes | x |
| | | |
| 54 | Deposition of James Alfred Dean | x |
| | | |
| | **Robert Watson – 6/17/15** | |
| 20 | CV of Robert Watson | x |
| | | |